IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 16-06932 |
| ELLAWEASE EARLS, | CHAPTER 13 |
| Debtor. | JUDGE JACQUELINE P. COX |
| | Confirmation: 4/25/16 @ 10:30 a.m. |

## OBJECTION TO CONFIRMATION

Now comes SPECIALIZED LOAN SERVICING LLC, SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, INDENTURE TRUSTEE, HOME EQUITY LOAN TRUST 2007-HSA3, its successors and/or assigns, (hereinafter referred to as "Movant"), a creditor herein, by TERRI M. LONG, its attorney, and objects to the confirmation of this plan. In support thereof, creditor respectfully represents as follows:

1. On February 29, 2016, the Debtor herein filed a petition for relief pursuant to Title 11, Chapter 13, United States Code.

2. Movant is a creditor of the Debtor with respect to a certain mortgage upon real estate, with a common address of 1905 East 90th St., Chicago, Illinois 60617, with an approximate balance of $11,439.70.

3. The Debtor's plan incorrectly lists the creditor name as "Select Portfolio Servicing." In fact, the correct name is Specialized Loan Servicing LLC.

WHEREFORE, SPECIALIZED LOAN SERVICING LLC, its successors and/or assigns, prays that this Honorable Court enter an Order denying confirmation of said plan, and for such other and further relief as this Court may deem just.

        SPECIALIZED LOAN SERVICING LLC, its
        Successors and/or Assigns

BY:    /s/ Terri M. Long
       TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING LLC, its Successors and/or Assigns

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2016 , I electronically filed the foregoing Objection to Confirmation with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Paul M. Bach, Attorney for Debtor
Tom Vaughn, Chapter 13 Trustee

And I certify that I have mailed by United States Postal Service the Objection to Confirmation to the following non-ECF participants on the same date:

Ellawease Earls
8801 South Constance
Chicago, IL 60617
Debtor.