IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of | NO. 16-06932 |
| ELLAWEASE EARLS, | CHAPTER 13 |
| Debtor. | JUDGE JACQUELINE P. COX<br>Confirmation: 4/25/16 @ 10:30 a.m. |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION

Now comes SPECIALIZED LOAN SERVICING LLC, SERVICER FOR U.S. BANK NATIONAL ASSOCIATION, INDENTURE TRUSTEE, HOME EQUITY LOAN TRUST 2007-HSA3, its successors and/or assigns, a creditor herein, by TERRI M. LONG, its attorney, and withdraws its objection to confirmation.

SPECIALIZED LOAN SERVICING LLC, its
Successors and/or Assigns

BY: ___/s/ Terri M. Long___
TERRI M. LONG, Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2016, I electronically filed the foregoing Notice of Withdrawal of Objection to Confirmation with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Paul M. Bach, Attorney for Debtor
Tom Vaughn, Chapter 13 Trustee

And I certify that I have mailed by United States Postal Service the Notice to the following non-ECF participant on the same date, from the address below:

Ellawease Earls
8801 South Constance
Chicago, IL 60617
Debtor

TERRI M. LONG
LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301  Fax: (708) 922-3302
Atty. for SPECIALIZED LOAN SERVICING LLC, its Successors and/or Assigns