## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLIONIS, EASTERN DIVISION

In Re: )
) NO. 16 B 06932
ELLAWEASE EARLS )
)
) Chapter 13
Debtor )
)
) Honorable Judge Jacqueline P Cox
)

### NOTICE OF MOTION

TO:   Tom Vaughn, Chapter 13 Trustee (electronically via ECF)
All Parties Listed on the Attached Service List (via U.S. Mail)

PLEASE TAKE NOTICE that on December 19, 2016 at 9:00 a.m., the undersigned will appear before the Honorable Judge Jacqueline P Cox at the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn, Room 680, Chicago, Illinois and will then and there present the attached **Motion to Modify Chapter 13 Plan** at which time you may appear if you so choose.

### Certificate of Service

I, Orlando Velazquez, hereby certify that I caused a copy of this notice to be served, electronically via ECF to Tom Vaughn (Chapter 13 Trustee) and via U.S. Mail to all parties listed on the attached service list, and attached Motion upon the above parties on November 17, 2016 before the hour of 5:00 p.m. from the office located at 900 Jorie Blvd., Ste 150, Oak Brook, IL 60523.

BY:   /S/ ORLANDO VELAZQUEZ
SULAIMAN LAW GROUP, LTD.
COUNSEL FOR DEBTOR(S)
900 JORIE BOULEVARD, SUITE 150
OAK BROOK, IL 60523
PHONE: (630) 575-8181
FAX: (630) 575-8188
ATTORNEY NO: 6210326

```
Label Matrix for local noticing          Citizens Bank NA f/k/a RBS Citizens NA      HSBC Bank USA, National Association as Trust
0752-1                                    c/o Codilis & Associates                    C/O Americas Servicing Co., as servicer
Case 16-06932                             15W030 N. Frontage Road, Suite 200          Attn: Bankruptcy Dept./MAC# D3347-0
Northern District of Illinois             Burr Ridge, IL 60527-6921                   3476 Stateview Blvd.
Chicago                                                                               Fort Mill, SC 29715-7203
Thu Nov 17 13:39:14 CST 2016

Wells Fargo Bank, N.A. DBA America's Se   U.S. Bankruptcy Court                       Americas Servicing Co/Wells Fargo Home M
C/O Americas Servicing Co., as servicer   Eastern Division                            1000 Blue Gentian Rd. #300
Attn: Bankruptcy Dept./MAC# D3347-0       219 S Dearborn                              Mac #X7801-02k
3476 Stateview Blvd.                      7th Floor                                   Eagan, MN 55121-1786
Fort Mill, SC 29715-7203                  Chicago, IL 60604-1702

(p)CCO MORTGAGE CORP                      CCO Mortgage Corp.                          CITIZENS BANK NA F/K/A RBS CITIZENS NA
10561 TELEGRAPH RD                        C/O RA Illinois Corporation Service C       10561 Telegraph Road
GLEN ALLEN VA 23059-4577                  801 Adlai Stevenson Drive                   Glen Allen, VA 23059-4577
                                          Springfield, IL 62703-4261

Chicago Municipal Emp                     Chicago Municipal Employee Credit Union     Chicago Municipal Employees Credit Union
Attn:Collections/Bankruptcy               3510 S. Michigan                            Trunkett & Trunkett PC
18 S Michigan Ave Ste 1000                Suite 119                                   20 N Wacker, Suite 1434
Chicago, IL 60603-3209                    Chicago, IL 60653-1020                      Chicago, IL 60606-2906

Cook County Clerk                         Cook County State's Attorney                Cook County Treasurer's Office
69 W. Washington, Suite 500               69 W. Washington, Suite 3200                118 North Clark Street, Room 112
Chicago, IL 60602-3030                    Chicago, IL 60602-3174                      Chicago, IL 60602-1590

D Patrick Mularkey                        HSBC Bank USA, National Association as Trust   Illinois Department of Revenue
555 4th Street NW                         c/o Pierce & Associates, P.C.               Bankruptcy Section
Rm 7894, JCB Building                     1 N. Dearborn St. Suite 1300                PO Box 64338
Washington, DC 20001-2733                 Chicago, IL 60602-4321                      Chicago, IL 60664-0338

Internal Revenue Service                  JP Morgan Chase Bank NA                     Mayer Brown
PO Box 7346                               Bankruptcy Department                       71 S. Wacker Drive
Philadelphia, PA 19101-7346               Po Box 29505 AZ1-1191                       Chicago, IL 60606-4668
                                          Phoenix, AZ 85038-9505

Pierce & Associates                       Select Portfolio Servicing                  Select Portfolio Servicing, Inc.
1 North Dearborn                          3815 SW Temple                              C/O RA Illinois Corporaiton Service C
Ste 1300                                  Salt Lake City, UT 84165                    801 Adlai Stevenson Drive 62703-4261
Chicago, IL 60602-4373

Stephan Adamo, President                  U.S. Bank National Association, Trustee (See   United States Attorney
10 Tripes Lane                            C/O SPECIALIZED LOAN SERVICING LLC          219 South Dearborn Street
Riverside, RI 02915-3014                  8742 LUCENT BLVD, SUITE 300                 Chicago, IL 60604-1708
                                          HIGHLANDS RANCH, COLORADO 80129-2386

Wells Fargo Bank, N.A.                    Ellawease Earls                             James J Haller
420 Montgomery Street                     8801 South Constance                        Sulaiman Law Group
San Francisco, CA 94104-1298              Chicago, IL 60617-2955                      900 Jorie Boulevard, Suite 150
                                                                                      Oak Brook, IL 60523-3810
```

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

CCO Mortgage Corp.
10561 Telegraph Rd
Glen Allen, VA 23059

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Chicago Municipal Employees Credit Unioin

(d)HSBC Bank USA, National Association as Tru
C/O Americas Servicing Co., as servicer
Attn: Bankruptcy Dept./MAC# D3347-0
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

(u)Specialized Loan Servicing LLC

(d)Citizens Bank NA f/k/a RBS Citizens NA
c/o Codilis & Associates
15W030 N. Frontage Road, Suite 200
Burr Ridge, IL 60527-6921

(d)HSBC Bank USA, National Association as Tru
C/O Americas Servicing Co., as servicer
Attn: Bankruptcy Dept./MAC# D3347-0
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

End of Label Matrix
Mailable recipients    31
Bypassed recipients     5
Total                  36

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ELLAWEASE EARLS | ) | NO. 16-06932 |
| | ) | |
| | ) | |
| | ) | CHAPTER 13 |
| Debtor | ) | |
| | ) | |
| | ) | HON. JACQUELINE P COX |
| | ) | |

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

**NOW COMES**, ELLAWEASE EARLS ("Debtor"), by and through her attorneys, Sulaiman Law Group, LTD., and pursuant to 11 U.S.C. §1329 bringing this Motion to Modify Chapter 13 Plan, and in support of his motion states as follows:

1. The instant bankruptcy proceeding was filed under Chapter 13 of the Bankruptcy Code on February 29, 2016.

2. This Honorable Court confirmed the Debtor's Modified Plan dated 4/26/16 ("Confirmed Plan") on May 9, 2016.

3. Debtor's Confirmed Plan required the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $305.00 per month for 60 months.

4. The Debtor's Confirmed Plan provided a 100% dividend to the general unsecured creditors.

5. On June 9, 2016, JP Morgan Chase Bank, N.A. filed a proof of claim for $15,028.22 for it's claim on a 2011 Toyota Truck Rav4.

6. The Debtor intended to pay, and has been paying, the monthly contractually due payments directly to JP Morgan Chase Bank, N.A. for said debt.

7. The Confirmed Plan failed to state that the debtor would pay this debt directly, so the trustee has been making payments on said debt.

8. If the trustee continues to make payments on this debt, the plan will complete in 86 months.

9. Debtor wishes to amend her plan to clarify that she will make the payments directly to JP Morgan Chase Bank, N.A. on said debt in order for the plan to complete within 60 months.

**WHEREFORE**, the Debtor, Ellawease Earls, prays this Honorable Court for the following relief:

A. Modifying the Debtor's Confirmed Plan by adding the following language to Section G of the plan: The trustee shall make no payments on the claim of JP Morgan Chase Bank, N.A. for it's perfected lien on a 2011 Toyota Truck RAV4 as the Debtor will make the current monthly contractually due payments directly to JP Morgan Chase Bank, N.A. The monthly amount is $371.01; and

B. For such other and further relief this Court deems just and proper.

Dated: November 17, 2016                    Respectfully Submitted,

                                            /s/ Orlando Velazquez
                                            Orlando Velazquez #6210326
                                            Counsel for Debtor
                                            Sulaiman Law Group, LTD
                                            900 Jorie Blvd, Ste 150
                                            Oak Brook, IL 60523
                                            Phone (630)575-8181
                                            Fax: (630)575-8188