UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  CASE NO. 16 B 06932
CHAPTER 13

ELLAWEASE EARLS

JUDGE JACQUELINE P COX

DEBTOR  **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** HSBC BANK USA NATIONAL ASSOCIATION

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 3 | 25 | XXXXXX7489 | $212.33 | $212.33 | $212.33 |
| Total Amount Paid by Trustee | | | | | $212.33 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 16-06932-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL 60603 or by the methods indicated on this 22nd day of March, 2018.

Debtor:
ELLAWEASE EARLS
8801 SOUTH CONSTANCE
CHICAGO, IL 60617

Attorney:
SULAIMAN LAW GROUP LTD
900 JORIE BLVD # 150
OAK BROOK, IL 60523
via Clerk's ECF noticing procedures

Creditor:
HSBC BANK USA NATIONAL ASSOCIATION
% WELLS FARGO BANK NA
ONE HOME CAMPUS MAC X2302-04C
DES MOINES, IA 50328

Mortgage Creditor:
CODILIS & ASSOCIATES
15W030 N FRONTAGE RD # 100
BURR RIDGE, IL 60527

Mortgage Creditor:
CODILIS & ASSOCIATES
15W030 N FRONTAGE RD # 100
BURR RIDGE, IL 60527

Mortgage Creditor:
PIERCE & ASSOC
1 N DEARBORN # 1300
CHICAGO, IL 60602

Mortgage Creditor:
SELECT PORTFOLIO SERVICING
3815 S W TEMPLE
SALT LAKE CITY, UT 84115-4412

Mortgage Creditor:
CCO MORTGAGE CORP
% RA IL CORP SVC
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703

Mortgage Creditor:
MAYER BROWN LLP
71 S WACKER DR
CHICAGO, IL 60606

Mortgage Creditor:
SELECT PORTFOLIO SERVICING
% ILLINOIS CORP SERVICE
801 ADLAI STEVENSON DR
SPRINGFIELD, IL 62703-4261

Mortgage Creditor:
STEPHAN ADAMO
10 TRIPES LN
RIVERSIDE, RI 02915

Mortgage Creditor:
Wells Fargo Bank, N.A.
420 Montgomery Street
San Francisco, CA 94132

Creditor:
WELLS FARGO BANK NA
3476 STATEVIEW BLVD
MAC D3347 014
FORT MILL, SC 29715

ELECTRONIC SERVICE - United States Trustee

Date:  March 22, 2018

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603